**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 20, 2017.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-17-00198-CV

---

## CHRISTOPHER A. BRYAN AND MARIANNE MCBRIDE, Appellants

## V.

## CHARLES ANDERSON AND C N C INDUSTRIES, LLC, Appellees

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2015-51605**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 1, 2017. On July 10, 2017, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.